JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 473 -- In re Bradshaw Aviation Insurance Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/05/07 | 1 | MOTION/BRIEF/SCHEDULE -- Defts. E.G. Bradshaw and Virginia D. Bradshaw for transfer of actions pursuant to 28 U.S.C. §1407 w/cert. of svc. SUGGESTED TRANSFEREE DISTRICT: C.D. California  SUGGESTED TRANSFEREE JUDGE: (DS) |
| 81/05/18 | | APPEARANCES -- Laurence D. Rubin for Paul Roth, Harold Haas and Harold Lipton; Terry W. Backus for National Aviation Underwriters; William F. Womble for Federal Insurance Co. & United States Fire Insurance Co.; Michael E. Vaughn for E.G. Bradshaw & Virginia Bradshaw   (emh) |
| 81/05/18 | 2 | REQUEST FOR PERMISSION TO FILE AN "AMICUS" MEMORANDUM RESPONSE TO THE MOTION -- Interested Parties Federal Insurance Co. and United States Fire Insurance Co. -- GRANTED TO & INCLUDING May 29, 1981. Notified involved counsel   (ds) |
| 81/05/22 | 3 | RESPONSE -- National Aviation Underwriters w/cert. svc. (ds) |
| 81/05/28 | | Hearing Order -- Setting litigation for hearing held on June 25, 1981, in Salt Lake City, Utah.   (ds) |
| 81/06/01 | 4 | RESPONSE/MEMORANDUM -- (Interested Parties) Federal Insurance Co. and United States Fire Insurance Co. -- w/cert. of svc.   (emh) |
| 81/06/05 | 5 | REQUEST FOR CONTINUANCE OF HEARING (Scheduled for 6/25/81) -- Pltf. National Aviation Underwriters -- w/cert. of svc.   (emh) |
| 81/06/11 | 6 | REQUEST FOR CONTINUANCE OF HEARING (Scheduled for 6/25/81) -- Federal Insurance Co. and United States Fire Insurance Co. -- w/cert. of svc. (emh) |
| 81/06/18 | | WAIVERS OF ORAL ARGUMENT FOR 6/25/81 HEARING SALT LAKE CITY, UT. William F. Womble, Jr., Esq. for Amicus Federal Insurance Co. and U. S. Fire Insurance Co. (Waive); Terry W. Backus, Esq. for National Aviation Underwriters, and National Insurance Underwriters (Waive); Lawrence D. Rubin, Esq. for Paul Roth, et al. (Waive); Michael E. Vaughn, Esq. for E. G. Bradshaw and Virginia Bradshaw (Waive). |
| 81/06/22 | 7 | RESPONSE -- Movants E.G. Bradshaw and Virginia Bradshaw -- w/cert. of service   (cds) |
| 81/06/23 | | ORDER DENYING REQUEST FOR CONTINUANCE OF JUNE 25, 1981 HEARING -- Notified involved counsel.   (eaf) |
| 81/07/09 | | ORDER DENYING TRANSFER OF LITIGATION pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks, judges and recipients.   (eaf) |

JPML Form 1
Revised: 8/78

DOCKET NO. 473 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE BRADSHAW AVIATION INSURANCE LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/25/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/9/81 | MO Denied | | | | |

### Special Transferee Information

DATE CLOSED: 7/9/81

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 473 -- IN RE BRADSHAW AVIATION INSURANCE LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Paul M. Roth, et al. v. E.G. Bradshaw et al. | C.D.Cal. Hauk | 80-04797 AAH (Kx) | ✓ | | | 7/9/81 Denied |
| A-2 | National Aviation Underwriters v. E.G. Bradshaw, et al. | W.D.N.C. | A-C 80-0224 | | | | 7/9/81 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 473 -- IN RE BRADSHAW AVIATION INSURANCE LITIGATION

---

PAUL M. ROTH, ET AL. (A-1)
Laurence D. Rubin, Esquire
Kaplan, Livingston, Goodwin,
   Berkowitz & Selvin
450 North Roxbury Drive
Beverly Hills, California  90210

NATIONAL AVIATION UNDERWRITERS (A-2)
Terry W. Backus, Esquire
Lord, Bissell & Brook
3250 Wilshire Boulevard
Suite 1208
Los Angeles, California  90010

E.G. BRADSHAW
VIRGINIA BRADSHAW
Michael E. Vaughn, Esquire
3325 Wilshire Boulevard
7th Floor
Los Angeles, California  90010

HAROLD HAAS
HAROLD LIPTON
(same counsel as A-1)

FEDERAL INSURANCE COMPANY
UNITED STATES FIRE INSURANCE COMPANY
William F. Womble, Jr., Esq.
Womble, Carlyle, Sandridge & Rice
Post Office Drawer 84
Winston-Salem, North Carolina 27102

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 473 -- IN RE BRADSHAW AVIATION INSURANCE LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| E.G. Bradshaw and Virginia D. Bradshaw | A-1, A-2 |
| Harold Lipton | A-2 |
| Paul M. Roth | A-2 |
| Harold Haas | A-2 |
| Bank of America NT&SA | A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

p. 1